IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KEVIN S. ALBERT AND KIMBERLY LEBLANC ALBERT, TRUSTEES OF THE ALBERT REVOCABLE TRUST UAD 6/3/1997 AND RESTATED 1/7/2020,<br><br>Plaintiffs,<br><br>vs.<br><br>NOELANI YACHT CHARTERS, LLC, a Hawaii limited liability company; JIM JONES; KIMBERLEY KALALANI HIGA; JOHN DOES 1-50; JANE DOES 1-50; DOE PARTNERSHIPS 1-50; DOE CORPORATIONS 1-50; DOE GOVERNMENTAL AGENCIES 1-50; and DOE ENTITIES 1-50,<br><br>Defendants. | CASE NO.<br><br>DEMAND FOR JURY TRIAL |

## **DEMAND FOR JURY TRIAL**

Plaintiffs KEVIN S. ALBERT AND KIMBERLY LEBLANC ALBERT, TRUSTEES OF THE ALBERT REVOCABLE TRUST UAD 6/3/1997 AND RESTATED 1/7/2020, by and through their undersigned counsel, demand a jury trial of all issues triable of right to a jury in the above-captioned matter. This

438776.1

Demand for Jury Trial is made pursuant to Rule 38 of the Federal Rules of Civil Procedure.

DATED: Honolulu, Hawaii, March 13, 2023.

      /s/ Randall K. Schmitt
RANDALL K. SCHMITT
BRETT R. TOBIN
Attorneys for Plaintiffs