McCORRISTON MILLER MUKAI MacKINNON LLP

RANDALL K. SCHMITT       3752-0
BRETT R. TOBIN             9490-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai'i  96813
Telephone:  (808) 529-7300
Facsimile:  (808) 524-8293
Email:  schmitt@m4law.com; btobin@m4law.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KEVIN S. ALBERT AND KIMBERLY LEBLANC ALBERT, TRUSTEES OF THE ALBERT REVOCABLE TRUST UAD 6/3/1997 AND RESTATED 1/7/2020, <br><br> Plaintiffs, <br><br> vs. <br><br> NOELANI YACHT CHARTERS, LLC, a Hawaii limited liability company; JIM JONES; KIMBERLEY KALALANI HIGA; JOHN DOES 1-50; JANE DOES 1-50; DOE PARTNERSHIPS 1-50; DOE CORPORATIONS 1-50; DOE GOVERNMENTAL AGENCIES 1-50; and DOE ENTITIES 1-50, <br><br> Defendants. | CASE NO. CV 23-00132 RT <br><br> ENTRY OF DEFAULT OF DEFENDANTS NOELANI YACHT CHARTERS, LLC AND KIMBERLEY KALALANI HIGA <br><br> Judge: Hon. Judge Rom Trader <br> Magistrate Judge: Hon. Judge Rom Trader |

### ENTRY OF DEFAULT OF DEFENDANTS
### NOELANI YACHT CHARTERS, LLC AND
### KIMBERLEY KALALANI HIGA

It appearing that Defendants NOELANI YACHT CHARTERS, LLC And KIMBERLEY KALALANI HIGA, having failed to plead or otherwise defend this action as required by law;

NOW, upon application of Plaintiffs Kevin S. Albert and Kimberly Leblanc Albert, Trustees of The Albert Revocable Trust UAD 6/3/1997 and Restated 1/7/2020, and based upon the records herein, Defendants NOELANI YACHT CHARTERS, LLC And KIMBERLEY KALALANI HIGA is hereby declared to be in default, and the undersigned Clerk does hereby enter default against Defendants NOELANI YACHT CHARTERS, LLC And KIMBERLEY KALALANI HIGA.

DATED:  Honolulu, Hawaiʻi  April 18, 2023                          .



LUCY H. CARRILLO
CLERK OF COURT

/S/ LUCY H. CARRILLO, by: JI, Deputy Clerk