IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KEVIN S. ALBERT AND KIMBERLY LEBLANC ALBERT, TRUSTEES OF THE ALBERT REVOCABLE TRUST UAD 6/3/1997 AND RESTATED 1/7/2020,<br><br>Plaintiffs,<br><br>vs.<br><br>NOELANI YACHT CHARTERS, LLC, a Hawaii limited liability company; JIM JONES; KIMBERLEY KALALANI HIGA; JOHN DOES 1-50; JANE DOES 1-50; DOE PARTNERSHIPS 1-50; DOE CORPORATIONS 1-50; DOE GOVERNMENTAL AGENCIES 1-50; and DOE ENTITIES 1-50,<br><br>Defendants. | CV 23-00132 SOM-RT<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION TO DENY PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS NOELANI YACHT CHARTERS AND KIMBERLEY KALALANI HIGA** |

**ORDER ADOPTING FINDINGS AND RECOMMENDATION TO DENY PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS NOELANI YACHT CHARTERS AND KIMBERLEY KALALANI HIGA**

Findings and Recommendation having been filed on August 2, 2023 and served on all parties on August 3, 2023, and reserved on some parties on August 14, 2023, *see* ECF No. 41, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Deny Plaintiffs' Motion for Entry of Default Judgment Against Defendants Noelani Yacht Charters and Kimberley Kalalani Higa", ECF No. 39, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, September 7, 2023



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

*Albert, et al., v. Noelani Yacht Charters, LLC, et al*; Civ. No. 23-00132 SOM-RT; ORDER ADOPTING FINDINGS AND RECOMMENDATION TO DENY PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS NOELANI YACHT CHARTERS AND KIMBERLEY KALALANI HIGA