IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KEVIN S. ALBERT, TRUSTEES OF THE ALBERT REVOCABLE TRUST UAD 6/3/1997 AND RESTATED 1/7/2020; AND KIMBERLY LEBLANC ALBERT, TRUSTEES OF THE ALBERT REVOCABLE TRUST UAD 6/3/1997 AND RESTATED 1/7/2020,<br><br>      Plaintiffs,<br><br>  vs.<br><br>NOELANI YACHT CHARTERS, LLC, a HAWAII LIMITED LIABILITY COMPANY; JIM JONES; KIMBERLEY KALALANI HIGA, JOHN DOES 1-50, JANE DOES 1-50, DOE PARTNERSHIPS 1-50, DOE CORPORATIONS 1-50, DOE GOVERNMENTAL AGENCIES 1-50, DOE ENTITIES 1-50<br><br>      Defendants. | CV 23-00132 DKW-RT |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on March 6, 2025 and served on all parties on March 7, 2025, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Deny Plaintiffs' Renewed Motion for Default Judgment Against Defendants Noelani Yacht Charters and Kimberley Kalalani Higa", ECF No. 67, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

Dated: March 31, 2025 at Honolulu, Hawaii.



Derrick K. Watson
Chief United States District Judge