# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| KEVIN S. ALBERT, TRUSTEES OF THE ALBERT REVOCABLE TRUST UAD 6/3/1997 AND RESTATED 1/7/2020; AND KIMBERLY LEBLANC ALBERT, TRUSTEES OF THE ALBERT REVOCABLE TRUST UAD 6/3/1997 RESTATED 1/7/2020 | JUDGMENT IN A CIVIL CASE<br><br>Case: CV 23-00132 DKW-RT |
| Plaintiffs, | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br>Nov 25, 2025, 8:49 am<br>Lucy H. Carrillo, Clerk of Court |
| V. | |
| NOELANI YACHT CHARTERS, LLC, A HAWAII LIMITED LIABILITY COMPANY; JIM JONES; KIMBERLEY KALALANI HIGA; JOHN DOES 1-50; JANE DOES 1-50; DOE PARTNERSHIPS 1-50; DOE CORPORATIONS 1-50; DOE GOVERNMENTAL AGENCIES 1-50; DOE ENTITIES 1-50 | |
| Defendants. | |

[ ] **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓] **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice, pursuant to the Entering Order ("F&R"), filed on November 7, 2025, ECF No. 77 and the "Order Adopting Magistrate Judge's Findings and Recommendation", filed on November 25, 2025, ECF No. 78.  Defendant Jim Jones was previously dismissed from this action, pursuant to the "Stipulation and Order to Dismiss Jim Jones as a Defendant", filed on April 1, 2025, ECF No. 74.

| November 25, 2025 | LUCY H. CARRILLO |
|---|---|
| Date | Clerk |
|  | /s/ LUCY H. CARRILLO by EA |
|  | (By) Deputy Clerk |